# United States Court of Appeals for the Fifth Circuit

---

No. 24-20314
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
April 2, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

NICHOLAS TYLER,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CR-111-3

---

Before DAVIS, STEWART, and SOUTHWICK, *Circuit Judges*.

PER CURIAM:*

The Federal Public Defender appointed to represent Nicholas Tyler has moved for leave to withdraw and filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Tyler has not filed a response. During the pendency of the appeal, Tyler completed the 11-month prison term imposed upon revocation of his supervised release, and he was released from custody.

---

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-20314

Because Tyler's sentence did not include an additional term of supervised release, there is no case or controversy for this court to address. *See Spencer v. Kemna*, 523 U.S. 1, 7-8, 12-14 (1998). Therefore, the appeal is DISMISSED as moot, and counsel's motion for leave to withdraw is DENIED as unnecessary.